FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 2 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Gernhardt, Bette Jean <br> Defendant. | Case No.: SA 11-45M <br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___SD CA___,

for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___lack of bail resources; apparent substance abuse problem; mental health issues; bench warrant history___

1
2
3 and/or
4 B. ☒ The defendant has not met his/her burden of establishing by clear and
5 convincing evidence that he/she is not likely to pose a danger to the safety of any
6 other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7 finding is based on ____substance abuse history;____
8 ____criminal history record____
9
10
11
12
13    IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.
15
16 DATED: __1/20/11__
17
   _____
   ROBERT N. BLOCK
   UNITED STATES MAGISTRATE JUDGE